# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150206(70)

JENNY N. GLAUBIUS,
        Plaintiff-Appellee,

v

JOHN A. GLAUBIUS,
        Defendant-Appellant.
_____/

SC: 150206
COA: 318750
Macomb CC Family Division:
   2012-004307-DM

     On order of the Chief Justice, the third motion of plaintiff-appellee to extend the time for filing her brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before June 4, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk